# IN THE UNITED STATES DISTRICTCOURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **QUALITY INFUSION CARE, INC.,** | § | |
| | § | |
| **vs.** | § | **Civil Action H-06-3894** |
| | § | |
| **CIGNA HEALTHCARE PLANS** | § | |
| **OF TEXAS, INC.** | § | |

## ORDER GRANTING RULE 41(a)(2 DISMISSAL WITHOUT PREJUDICE

On the plaintiffs' unopposed motion (12), the plaintiff's claims are dismissed without prejudice; costs of court will be paid by the party incurring them.

Signed January 19, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge